IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG,**<br><br>*Plaintiff*<br><br>v.<br><br>**MATTHEW BRADFORD,**<br><br>*Defendant* | **Case No. 2:23-cv-00510-JDW** |

## SCHEDULING ORDER

**AND NOW**, this 1st day of June, 2023, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows:

1. On or before June 16, 2023, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter to Chambers_of_Judge_Wolson@paed.uscourts.gov that identifies the dates that they have set aside for these depositions. That letter shall include the case caption and the words "Deposition Dates" in the subject line;

2. On or before June 16, 2023, the Parties shall meet and confer to determine if an early summary judgement motion is appropriate in this case. The Parties shall submit a letter to Chambers_of_Judge_Wolson@paed.uscourts.gov regarding the outcome of these discussions, what if any briefing schedule they propose, and if a stay of discovery is warranted;

3. All motions to amend the Complaint and to join or add additional parties shall be filed on or before June 16, 2023;

4. Affirmative expert reports, if any, are due by September 1, 2023;

5. Rebuttal expert reports, if any, are due by September 22, 2023;

6. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

7. The Parties shall complete all discovery by October 6, 2023;

8. Motions for summary judgment, if any, shall be filed by November 3, 2023. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure;

9. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with me; and

10. This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.