IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG,**<br><br>*Plaintiff*<br><br>v.<br><br>**MATTHEW BRADFORD,**<br><br>*Defendant* | Case No. 2:23-cv-00510-JDW |

## ORDER

**AND NOW**, this 18th day of September, 2023, upon consideration of Defendant Cleo Communications, LLC's Motion To Dismiss Plaintiff's Amended Complaint (ECF No. 29), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to Counts II and III; and

2. The Motion is **DENIED** with respect to Count I.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.