# EXHIBIT A

**PERRONG – BRADFORD TELEPHONE CALL TRANSCRIPTS**

**September 20, 2019- Bradford Family Fair**

Bring the family and enjoy the zoo. Free food, fun activities and much more! Hi, I'm State Representative Matt Bradford and I'm hosting a Family Fair for residents of the 70th district on Wednesday September 25th from 5:30 pm to 7 pm at the Elmwood Park Zoo. Located at 1661 Harding Boulevard in Norristown. Because space is limited, you must RSVP with your name, address and number of people attending. You can RSVP by emailing me at [repbradford@pahouse.net](mailto:repbradford@pahouse.net) or calling my office at 610-222-3490. That's 610-222-3490. I'm Matt Bradford and I hope to see on September 25th.

**October 10, 2019 -Bradford Shredding Event**

I want to help protect your identity and get rid of those old documents taking up space. Hi, I'm State Representative Matt Bradford and I'm hosting a free document shredding event on Saturday October 12th from 9 am to 1 pm or until the truck is full. Come join us in the parking lot of Paul Fly Elementary School located at 2920 Potshop Road in East Norriton. Only paper items will be allowed. No electronics or trash. Bring up to 3 boxes of your personal documents to be safely and securely shredded onsite. For more information, please call my office at 610-222-3490. That's 610-222-3490. I'm Matt Bradford and I hope to see you on October 12th.

**January 31, 2020- Bradford Census Fair**

This is a great opportunity to support our community. You can apply to become a part of the 2020 census team and earn 27 dollars an hour. Hi, this is State Representative Matt Bradford. I'm collaborating with the Norristown Area Census Office and the Norristown Complete Count Committee to host a census recruitment event tomorrow, Saturday February 1st from 10 am to 1pm at Norristown Borough Hall 235 East Airy Street in Norristown. You can apply to become a part of the 2020 census team and earn 27 dollars an hour working to help make sure that everyone in our community is counted. In addition to great pay, the hours are flexible, and you're paid for training. For more information, please call my office at 610-222-3490. I'm Matt Bradford and hope you can make it tomorrow to Norristown Borough Hall from 10 am to 1 pm.

**April 17, 2020 - Bradford COVID Office**

My staff and I are here to serve as Pennsylvanians do their duty to slow the spread of COVID-19. Hi, this is State Representative Matt Bradford. Pennsylvania remains under a stay-at-home order and though my physical office is closed, my staff and I continue to work remotely to serve you. We can assist with questions on unemployment compensation, resources for small businesses and help you access government services during a time when many physical offices have closed to the public. For the latest on COVID- 19, visit the Health Department website at Health.pa.gov. As always, call my office at 610-222- 3490 or email repbradford@pahouse.net with any questions. We will get back to you as soon as possible. That number again is 610-222-3490. This is State Representative Matt Bradford. Please -stay home. Stay safe and stop the spread.

**December 30, 2020 (Pennie)**

I want to help you connect to the health care coverage plan that best fits you and your family.  Hello, this is State Representative [Matthew Bradford].  Join me on Tuesday, January 5, for a virtual information session on Pennie, the new way to connect Pennsylvanians to health care coverage.  This event will focus on often underserved and overlooked communities, so please spread the word.  Featuring representatives from Pennie and the NAACP of Greater Norristown, the virtual event will start at 6:30 PM Tuesday, January 5.  You can reserve your spot and find out more by visiting my website at repbradford.com.  You can also call my office from more information by dialing 610-222-3490.  That's 610-222-3490.  This is State Representative Matt Bradford.  Let's get connected on January 5.