# EXHIBIT B

**LEGISLATIVE HANDBOOK 2019-2020 EXCERPT**

# LEGISLATIVE



# HANDBOOK
# 2019-2020

*http://ldpc6.legis.state.pa.us*

# FREQUENTLY DISCUSSED TOPICS

**Account Balances:** Members' monthly expense balances are available online through the Legislative Expense System. *You should print out and review your balances every month.* This will not only keep you apprised of your available funds, but it will help you to identify any missing expenses that you may have asked your staff to process[5]. This is especially important if any of those expenses were incurred close to 90 days ago.

**Advertisements:** Members will **not** be reimbursed for ads (including those listing your district office contact information) placed in any type of booster book, yearbook, ad book, charitable publication, or the like.

**Buses:** There is no reimbursement for buses or other vehicles to transport constituents.

**Cards:** There is no reimbursement for holiday cards.

**Decorations:** There is no reimbursement for decorations, such as holiday decorations or those decorations you may wish to use at legislative events.

**Durable Goods/Purchased Fixed Assets:** A durable good is any asset with a useful life of greater than one year. The House guidelines permit the purchase of durable goods, $500 or less, that meet a legislative purpose (the $500 does not include tax). If an asset exceeds $500, the Member may pay the difference out of pocket, but the item remains the property of the House of Representatives. The "Low Cost Equipment and Furniture Form" must be filed with the Comptroller to account for this purchase. When you leave office, you will be contacted by the Comptroller about properly accounting for the purchase, return, or donation of these items. If you must "scrap" an item prior the end of your term, please contact the Comptroller's Office for instructions.

**Events and Fairs:** The event must support a legislative purpose for associated expenses to be reimbursed. It is always wise to contact the Comptroller's Office beforehand for guidance on what items will be reimbursed. Even if the event itself does have a legislative purpose, certain items are not reimbursable. Examples of such non-reimbursable items include, *but are not limited to*: parade supplies, entertainment, balloons, other decorations, clothing (either given away or worn by staff), hired help, games, crayons, flu shots, popcorn machines, trinkets or tchotchkes, etc.

**Flags:** Each Member can receive three 3 x 5 nylon U.S. or PA flags per year. All other flags may be purchased through the Chief Clerk's Office and the cost will automatically be deducted from your Member's Accountable Expense Account. Members are not permitted to resell these flags to third parties.

---

[5] Failure of staff to timely submit your expense reimbursement requests to the Comptroller's Office cannot form the basis for an exception to the 90-day rule. See House Rule 14.

**Framing:** Reimbursement for framing can only be made if the content is of legislative significance, such as landmarks in your district, citations, or signed bills.

**Insurance for events off premise:** If you sponsor a legislative event at a facility not owned by the Commonwealth, the facility may ask that you provide your own insurance. Legislative events are covered under the Commonwealth's Self Insurance Program. Before spending unnecessary funds, please contact the House Counsel's Office to confirm that insurance is covered and for a letter explaining this program if one is needed.

**Late Fees:** There is no reimbursement for late fees.

**Leased Furniture and Equipment:** You must have a current copy of your lease and lessor's W-9 on file with the Comptroller's Office, as well as your caucus legal office, in order to be reimbursed for the rental of these items. If you choose to exercise a lease purchase option, contact the Comptroller for instructions on documentation stating that you will assign ownership to the House when you leave office.

**Legislative Purpose:** This threshold must be satisfied EVERY time a Member seeks reimbursement. Every legislative event needs to have a logical and substantive connection to government work or programs in order for the Comptroller to release taxpayer funds. Members are encouraged to call for guidance, especially prior to spending any material amount of money on a large event. Where necessary, the Comptroller's Office will request additional documentation to support the legislative purpose of an expenditure. Members are encouraged to review all supporting documentation of voucher requests for evidence of legislative purpose, in order to avoid unnecessary delays in processing the reimbursement.

**Prizes, Gifts, and Giveaways:** There is no reimbursement for expenses related to a prize, gift, or giveaway, including but not limited to: clothing, giveaway items such as office supplies or any other item imprinted with the Member's name, gift cards, door prizes, trinkets, etc. If you have a question about an item, contact the Comptroller's Office prior to purchase.

**Reimbursement Dates:** DGS vehicle logs and any other reimbursement that is taxable (e.g. taxable travel or meals) must be submitted to the Comptroller's Office by the 10th of every month. Members' taxable expenses are only processed once a month, along with Member payroll. All other reimbursements must be submitted no later than 90 calendar days of the incurred date. Because all reimbursements are issued by the PA Treasury Department, the overall turnaround time from the date of voucher receipt to actual date of payment *averages* 10 business days. However, failure to provide documentation of legislative purpose or other required information may significantly extend the processing time.

**Signs:** With few exceptions, each Member may be reimbursed for *one* sign per district office. The sign can list the Member's name, office hours, address, and telephone number. It cannot contain any political information. Other signs, bills, or