# EXHIBIT C

## COMO POLICY

# ELECTRONIC COMMUNICATION EXPENSES
## COMO Policy 2018:01

**Effective: 7/01/2017**
**Approved: 1/19/2018**



Pursuant to Rule 6 (a) of the *Financial Operating Rules of the Senate*, this policy establishes guidelines for the payment of Members' electronic communication expenses for those Senate accounts indicated below.

### Types

Reimbursement shall be made for electronic communication expenses for the following:

1. Constituent Automated Messaging (Electronic email blasts to constituents, SMS texts)

2. Tele-town halls

3. Auto-dialing regarding specific Senate events being held for benefit of constituents.

### Authorized Accounts

Accounts authorized to make these reimbursements are:

1. Postage and Communication Expenses Account

2. Caucus Operations Account

3. Senators' Legislative Accountable Expense Account

1