IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong, *Plaintiff* | : : : |
| vs. | : Case No. 2:23-cv-00510-JDW : : |
| Matthew Bradford, *Defendant* | : : : |

## CERTIFICATE OF SERVICE

I certify that on December 19, 2023, a true and correct copy of the foregoing *Amicus Curiae* Brief of the Republican and Democratic Caucuses of the Senate of Pennsylvania, and the Republican Caucus of the Pennsylvania House of Representatives, was filed and served upon counsel of record via the Court's electronic filing system; and, by U.S. First Class Mail.

<u>/s/Rodney A. Corey</u>
Rodney A. Corey, Esq. (Pa. 69742)
James G. Mann, Esq. (Pa. 85810)
Office of Chief Counsel
House Republican Caucus
Pennsylvania House of Representatives
Suite B6, Main Capitol
Harrisburg, Pa. 17120
(717) 783-1510