IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br><br>    Plaintiff<br><br>v.<br><br>MATTHEW BRADFORD<br>    Defendant. | Case No. 2:23-cv-00510-JDW<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S UNOPPOSED MOTION TO CLARIFY SUMMARY JUDGMENT DEADLINE OR IN THE ALTERNATIVE FOR EXTENSION OF TIME

Plaintiff respectfully requests that he be provided up to and including January 15, 2024, to respond to Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states that the Court stated previously that any response to Summary Judgment Motions would be due 30 days after filing (ECF No. 23). However, this deadline was not reflected in this Court's order granting an extension (ECF No. 35). Plaintiff therefore respectfully requests that he be given 30 days to respond to Defendant's motion, or until January 15, 2024, with the Court deeming this a request for extension of time, if necessary.

Plaintiff has conferred with Counsel for the Defendant, which does not oppose the requested relief.

Dated: **December 23, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957

Facsimile: 888-329-0305
andyperrong@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on December 23, 2023, he filed the foregoing on the Court's CM/ECF system, which will send electronic notification to all counsel of record.

Dated: **December 23, 2023**

_____/s/_____
Andrew R. Perrong, Esq.
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com