IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff,* v. **MATTHEW BRADFORD,** *Defendant.* | Case No. 2:23-cv-00510-JDW |

### ORDER

**AND NOW**, this 27th day of December, 2023, upon consideration of Plaintiff's unopposed Motion to Clarify Summary Judgment Deadline or in the Alternative for Extension of Time (ECF No. 49), it is **ORDERED** that Plaintiff's Motion is **GRANTED,** and Plaintiff shall file his response to Defendant's Motion for Summary Judgment on or before January 15, 2024.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.