IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff,* v. **MATTHEW BRADFORD,** *Defendant.* | Case No. 2:23-cv-00510-JDW |

## ORDER

**AND NOW**, this 13th day of May, 2024, upon consideration of the Motion For Summary Judgment Of Representative Matthew Bradford (ECF No. 43), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that on or before May 27, 2024, Andrew Perrong shall either (1) file a notice of dismissal as to Counts 2 and 3 of his Amended Complaint, or (2) show cause in a memorandum, not to exceed 10 pages, why I should not dismiss those claims for the same reasons I dismissed them against Cleo Communications, US, LLC in my prior Memorandum and Order (ECF Nos. 39-40).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.