# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>MATTHEW BRADFORD,<br><br>　　　　　*Defendant*. | Civ. No. 2:23-cv-00510-JDW |

## NOTICE OF APPEAL

Defendant, Pennsylvania State Representative Matthew Bradford, appeals to the United States Court of Appeals for the Third Circuit from the Order and associated Memorandum entered on May 13, 2024 (ECF docs. 54 & 55).[1]

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Karl S. Myers
　　　　　　　　　　　　　　　Karl S. Myers (Pa. No. 90307)
　　　　　　　　　　　　　　　STEVENS & LEE
　　　　　　　　　　　　　　　555 City Avenue, Suite 1170

---

[1] Orders denying immunity defenses like the order here are immediately appealable. *See, e.g.*, *Rush v. City of Phila.*, 78 F.4th 610, 615-16 (3d Cir. 2023); *Summerville v. Fuentes*, 2021 WL 4129563, *2 (3d Cir. 2021); *HIRA Educ. Servs. N. Am. v. Augustine*, 991 F.3d 180, 187-88 (3d Cir. 2021); *Mack v. Yost*, 968 F.3d 311, 318 (3d Cir. 2020); *Oliver v. Roquet*, 858 F.3d 180, 187-89 (3d Cir. 2017); *Stangl v. Port Auth. of Allegheny Cty.*, 181 Fed. Appx. 231, 232 n.2 (3d Cir. 2006); *Bell Atlantic-Pa., Inc. v. Pa. Pub. Util. Comm'n*, 273 F.3d 337, 343 (3d Cir. 2001); *Larsen v. Senate of Com. of Pa.*, 152 F.3d 240, 245 (3d Cir. 1998).

        Bala Cynwyd, PA 19004
        (215) 751-2864
        karl.myers@stevenslee.com

        Tara L. Hazelwood (Pa. No. 200659)
        Matthew S. Salkowski (Pa. No. 320439)
        Pennsylvania House of Representatives
        620 Main Capital Building
        Harrisburg, PA 17120
        (717) 787-3002
        thazelwood@pahouse.net
        msalkowski@pahouse.net

        *Counsel for Representative*
        *Matthew Bradford*

Dated:  May 16, 2024

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I served a copy of the above document on all parties and counsel of record by the Court's electronic filing system.

/s/ Karl S. Myers
Karl S. Myers

Date: May 16, 2024