IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff,* v. **MATTHEW BRADFORD,** *Defendant.* | Case No. 2:23-cv-00510-JDW |

## ORDER

**AND NOW**, this 17th day of May, 2024, upon receipt of Rep. Matthew Bradford's Notice of Appeal (ECF No. 56), it is **ORDERED** that this matter is **STAYED** pending resolution of the appeal.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.