IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff,* v. **MATTHEW BRADFORD**, *Defendant.* | Case No. 2:23-cv-00510-JDW |

### ORDER

**AND NOW**, this 9th day of January, 2026, in light of the mandate from the Third Circuit Court Of Appeals (ECF No. 59), it is **ORDERED** as follows:

1. The **STAY** in this matter is **LIFTED**; and

2. On or before February 6, 2026, each Party shall submit a memorandum, not to exceed 10 pages, addressing whether I should: (a) enter judgment against Andrew Perrong and in favor of Matthew Bradford as to Count One of the Amended Complaint; and (b) dismiss Counts Two and Three of the Amended Complaint as asserted against Mr. Bradford for the same reasons I dismissed them against Cleo Communications, US, LLC in my prior Memorandum and Order (ECF Nos. 39-40).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.