**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ANDREW R. PERRONG,<br><br>      *Plaintiff*,<br><br> *v.*<br><br>MATTHEW BRADFORD,<br><br>      *Defendant*. | Civ. No. 2:23-cv-00510-JDW |

**JOINT MEMORANDUM IN RESPONSE
TO THE COURT'S JANUARY 9, 2026 ORDER**

By January 9, 2026 order (Doc. 60), the Court directed the parties to submit memoranda addressing whether the Court should: (a) enter judgment against Andrew Perrong and in favor of Matthew Bradford as to Count One of the Amended Complaint; and (b) dismiss Counts Two and Three of the Amended Complaint as asserted against Mr. Bradford for the same reasons the Court dismissed them against Cleo Communications, US, LLC in the Court's prior Memorandum and Order (Docs. 39-40).

After receiving the Court's order, the parties have conferred and now stipulate and agree that the Court can and should do what it proposed in its order. The parties thus now jointly request that the Court (a) enter judgment against Plaintiff, Andrew Perrong, and in favor of Defendant, Representative Matthew Bradford, as to Count

One of the Amended Complaint and (b) dismiss Counts Two and Three of the Amended Complaint as asserted against Rep. Bradford for the same reasons the Court dismissed them against Cleo Communications, US, LLC in the Court's prior Memorandum and Order (Docs. 39-40).

Respectfully submitted,

/s/ Andrew R. Perrong
Andrew R. Perrong, Esq.
1657 The Fairway #131
Jenkintown, PA 19046
(215) 791-6957
andyperrong@gmail.com

*Plaintiff Pro Se*

/s/ Karl S. Myers
Karl S. Myers (Pa. No. 90307)
Paige C. Hogan (Pa. No. 331749)
Stevens & Lee
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
(215) 751-2864
karl.myers@stevenslee.com
paige.hogan@stevenslee.com

Tara L. Hazelwood (Pa. No. 200659)
Matthew S. Salkowski (Pa. No. 320439)
Pennsylvania House of Representatives
620 Main Capital Building
Harrisburg, PA 17120

*Counsel for Representative*
*Matthew Bradford*

January 20, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Karl S. Myers, certify that on the date below I am serving the foregoing *Joint Memorandum in Response to the Court's January 9, 2026 Order* on all counsel of record and parties by the Court's electronic filing system.

<u>/s/ Karl S. Myers</u>
Karl S. Myers

Dated:  January 20, 2026