IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff,* v. **MATTHEW BRADFORD,** *Defendant.* | Case No. 2:23-cv-00510-JDW |

### ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of the Parties' Joint Memorandum In Response To The Court's January 9, 2026 Order (ECF No. 61), it is **ORDERED** as follows:

1. Judgment is **ENTERED** in favor of Defendant Matthew Bradford and against Plaintiff Andrew Perrong as to Count One of the Amended Complaint; and

2. Counts Two and Three of the Amended Complaint against Mr. Bradford are **DISMISSED WITH PREJUDICE**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.