AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

ANDREW R. PERRONG )
)
v. )    Case No.:    2:23-cv-00510-JDW
)
MATTHEW BRADFORD )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___January 20, 2026___ against ___ANDREW R. PERRONG___,
                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 605.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 365.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 403.76 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 1,373.76 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:   Karl S. Myers

Name of Attorney:   Karl S. Myers

For:   Matthew Bradford               Date:   January 20, 2026
     *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____    _____    _____
*Clerk of Court*         *Deputy Clerk*        *Date*

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print     Save As...     Reset

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | Civ. No. 2:23-cv-00510-JDW |
| *Plaintiff,* | |
| *v.* | |
| MATTHEW BRADFORD, | |
| *Defendant.* | |

## ITEMIZATION AND DOCUMENTATION OF COSTS

*Fees of the Clerk (Exhibit A):*

$605.00    Filing Fee for Notice of Appeal, 5/16/24

*Fees for transcripts (Exhibit B):*

$273.00    Transcript for Deposition of Robert Caton, 9/22/23
$92.00     Transcript for Deposition of Matthew Bradford, 11/10/23

*Costs as shown on Mandate of Court of Appeals (Exhibit C):*

$403.76    Costs shown on Third Circuit Mandate, 1/8/26

$1,373.76    TOTAL

A

**Myers, Karl S.**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, May 16, 2024 9:07 AM |
| **To:** | Myers, Karl S. |
| **Subject:** | Pay.gov Payment Confirmation: PENNSYLVANIA EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: John Bullock at 267-299-7066.

Account Number: 5455949
Court: PENNSYLVANIA EASTERN DISTRICT COURT
Amount: $605.00
Tracking Id: APAEDC-17470716
Approval Code: 08596A
Card Number: ************0812
Date/Time: 05/16/2024 09:07:26 ET

NOTE: This is an automated message. Please do not reply

**Myers, Karl S.**

---

| | |
|---|---|
| **From:** | ecf_paed@paed.uscourts.gov |
| **Sent:** | Thursday, May 16, 2024 9:08 AM |
| **To:** | paedmail@paed.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-00510-JDW PERRONG v. BRADFORD Notice of Appeal (Credit Card Payment) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by MYERS, KARL on 5/16/2024 at 9:07 AM EDT and filed on 5/16/2024

| | |
|---|---|
| **Case Name:** | PERRONG v. BRADFORD |
| **Case Number:** | 2:23-cv-00510-JDW |
| **Filer:** | MATTHEW BRADFORD |
| **Document Number:** | 56 |

**Docket Text:**
**NOTICE OF APPEAL as to [54] Memorandum and/or Opinion, [55] Order (Memorandum and/or Opinion), by MATTHEW BRADFORD. Filing fee $ 605, receipt number APAEDC-17470716. IFP No (MYERS, KARL)**

**2:23-cv-00510-JDW Notice has been electronically mailed to:**

Andrew Roman Perrong    a@perronglaw.com, perronglaw@recap.email

JAMES G. MANN    jmann@pahousegop.com

KARL S. MYERS    Karl.Myers@stevenslee.com

MATTHEW S. SALKOWSKI    msalkowski@pahouse.net, kwilliams@pahouse.net

TARA LYNN HAZELWOOD    thazelwood@pahouse.net, jrittle@pahouse.net

**2:23-cv-00510-JDW Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/16/2024] [FileNumber=19642240-
0] [87fbe5e0eb7763480990c62999b46a529da36a2cbe0c7327fa7b4fae72ae777960
871c95197a9fa1b56b2cfff7b7643f8eed0f8c19411d6feba2d7797a298742]]

B

# INVOICE

1 of 1

**Sargent's Court Reporting Service**
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908 Fax: 814-539-7579

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1751544 | 9/25/2023 | 264056 |

| Job Date | Case No. |
|---|---|
| 9/22/2023 | |

| Case Name |
|---|
| Andrew Perrong v. Matthew Bradford 2:23-cv-00510-JDW |

| Payment Terms |
|---|
| Due Upon Receipt |

Karl Myers, Esquire
Stevens & Lee, PC - Philadelphia
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

Certified Transcript
   Robert Caton

273.00

**TOTAL DUE  >>>**                    **$273.00**

Not waived (Karl Myers)

**(-) Payments/Credits:**        273.00
**(+) Finance Charges/Debits:**      0.00
**(=) New Balance:**              **$0.00**

**Tax ID:** 25-1794603

*Please detach bottom portion and return with payment.*

Karl Myers, Esquire
Stevens & Lee, PC - Philadelphia
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

| | | | |
|---|---|---|---|
| Job No. | : 264056 | BU ID | : JTWN-CIVIL |
| Case No. | : | | |
| Case Name | : Andrew Perrong v. Matthew Bradford 2:23-cv-00510-JDW | | |
| Invoice No. | : 1751544 | Invoice Date | : 9/25/2023 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Sargent's Court Reporting Service, Inc. - Main**
**210 Main Street**
**Johnstown, PA 15901**

# I N V O I C E

1 of 1

**Sargent's Court Reporting Service**

210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908 Fax: 814-539-7579

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1765420 | 11/20/2023 | 266551 |

| Job Date | Case No. |
|---|---|
| 11/10/2023 | |

| Case Name |
|---|
| Andrew Perrong v. Matthew Bradford 2:23-cv-00510-JDW |

| Payment Terms |
|---|
| Due Upon Receipt |

Karl Myers, Esquire
Stevens & Lee, PC - Philadelphia
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

---

Certified Transcript
    Matthew Bradford                  92.00

**TOTAL DUE   >>>**      **$92.00**

**ACCEPTING VISA, MASTERCARD AND AMERICAN EXPRESS**

**(-) Payments/Credits:**     92.00
**(+) Finance Charges/Debits:**     0.00
**(=) New Balance:**     **$0.00**

---

**Tax ID:** 25-1794603

*Please detach bottom portion and return with payment.*

Karl Myers, Esquire
Stevens & Lee, PC - Philadelphia
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102

| | | |
|---|---|---|
| Job No. | : 266551 | BU ID : JTWN-CIVIL |
| Case No. | : | |
| Case Name | : Andrew Perrong v. Matthew Bradford 2:23-cv-00510-JDW | |
| Invoice No. | : 1765420 | Invoice Date : 11/20/2023 |
| **Total Due** | : **$0.00** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Sargent's Court Reporting Service, Inc. - Main**
               **210 Main Street**
               **Johnstown, PA 15901**

**C**

Case 2:23-cv-00510-DOW Document 71-3 Page: Filed Date Filed: 01/08/2026

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov
January 8, 2026

TELEPHONE
215-597-2995

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Andrew Perrong v. Matthew Bradford, et al
Case Number: 24-1925
District Court Case Number: 2:23-cv-00510

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Desiree
Case Manager
267-299-4252

cc:     Crystal H. Clark, Esq.
        Rodney A. Corey, Esq.
        Kenneth L. Joel, Esq.

cc:    Karl S. Myers, Esq.
       Andrew R. Perrong, Esq.
      Shannon A. Sollenberger, Esq.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1925
_____

ANDREW R. PERRONG

v.

MATTHEW BRADFORD;
CLEO COMMUNICATIONS

Matthew Bradford,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil No. 2:23-cv-00510
District Judge: Honorable Joshua D. Wolson
_____

ARGUED: May 22, 2025

Before:  RESTREPO, MONTGOMERY-REEVES, and SCIRICA, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court

for the Eastern District of Pennsylvania and was argued on May 22, 2025.  On

consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court

entered May 13, 2024, be, and the same is hereby REVERSED.  Costs taxed against

Appellee.  All of the above in accordance with the opinion of this Court.


ATTEST:


Patricia S. Dodszuweit
Clerk

DATED:  October 6, 2025


Costs added hereto in favor of Appellant **Matthew Bradford** as follows:

Brief................................................$ 78.62
Appendix.........................................$ 289.44
Reply Brief………………………...$ 35.70

**Total.................................................$ 403.76**


Certified as a true copy and issued in lieu
of a formal mandate on _01/08/2026_

Teste: *Patricia A Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the above document on all parties and counsel of record by the Court's electronic filing system.

/s/ Karl S. Myers
Karl S. Myers

Date: January 20, 2026