**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Andrew R. Perrong | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION** |
| vs. | : | |
| | : | **NO. 23-510** |
| Matthew Bradford | : | |
| Defendant | : | |

**AMENDED JUDGMENT**

AND NOW, this 25th day of March, 2026, judgment is hereby entered in favor of Defendant Matthew Bradford in the amount of $1,373.76.

GEORGE WYLESOL
Clerk of Court

By:     */s/ Sharon A. Hall-Moore*
Deputy Clerk