## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDREW R. PERRONG, | Civ. No. 2:23-cv-00510-JDW |
| *Plaintiff*, | |
| *v.* | |
| MATTHEW BRADFORD, | |
| *Defendant*. | |

## SATISFACTION OF JUDGMENT

Judgment was entered in this action on January 20, 2026 and March 25, 2026, in this Court, under ECF Document Numbers 62 and 64, in favor of Defendant, Matthew Bradford, in the amount of $1,373.76.

Plaintiff, Andrew R. Perrong, has fully paid this amount to Defendant by Check No. 1252.

THEREFORE, satisfaction of the judgment is acknowledged and the Clerk of this Court is authorized, requested, and directed to make an entry on the docket of Plaintiff's satisfaction of the judgment.

Respectfully submitted,

/s/ Karl S. Myers
Karl S. Myers (Pa. No. 90307)
Paige C. Hogan (Pa. No. 331749)

Stevens & Lee
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
(215) 751-2864
karl.myers@stevenslee.com
paige.hogan@stevenslee.com

Tara L. Hazelwood (Pa. No. 200659)
Matthew S. Salkowski (Pa. No. 320439)
Pennsylvania House of Representatives
620 Main Capital Building
Harrisburg, PA 17120

*Counsel for Representative*
*Matthew Bradford*

April 3, 2026

## CERTIFICATE OF SERVICE

I, Karl S. Myers, certify that on the date below I am serving the foregoing

*Satisfaction of Judgment* on all counsel of record and parties by the Court's electronic

filing system.


/s/ Karl S. Myers
Karl S. Myers

Dated:  April 3, 2026